# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152292

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                   SC: 152292
                                   COA: 321317
                                   Wayne CC: 13-011629-FH

JERRELL DEONTE GRIFFEN,
       Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the July 16, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2016



s0120

                               Clerk